Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Letitia A. Sikes
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 12 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA DAVID HARDING,

Defendant.

1:24-CR-2014-MKD

Vio: 18 U.S.C. § 2252A(a)(2)(A),
(b)(1)
Distribution of Child Pornography
(Count 1)

18 U.S.C. § 2252A(a)(2)(A),
(b)(1)
Receipt of Child Pornography
(Count 2)

18 U.S.C. § 2252A(a)(5)(B), (b)(2)
Possession of Child Pornography
(Count 3)

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

Between on or about July 15, 2023, and July 21, 2023, in the Eastern District of Washington, the Defendant, JOSHUA DAVID HARDING, did knowingly

INDICTMENT – 1

distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct, including, but not limited to, masturbation, actual and simulated intercourse, and the lascivious exhibition of genitals the pubic area, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

Between on or about April 14, 2023, and July 17, 2023, in the Eastern District of Washington, the Defendant, JOSHUA DAVID HARDING, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct, including, but not limited to, masturbation, actual and simulated intercourse, and the lascivious exhibition of genitals the pubic area, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

INDICTMENT – 2

COUNT 3

Between on or about April 14, 2023, and August 17, 2023, in the Eastern District of Washington, the Defendant, JOSHUA DAVID HARDING, did knowingly possess material that contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as

INDICTMENT – 3

set forth in this Indictment, the Defendant, JOSHUA DAVID HARDING, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to:

- a Corsair Computer containing a Samsung 1TB M2 Drive, SN#: S5PNu0w203597D.

DATED this _12th_ day of March, 2024.

A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Letitia Sikes_
Letitia A. Sikes
Assistant United States Attorney

INDICTMENT – 4